# UNITED STATES DISTRICT COURT
## District of Minnesota

Fong Vang

Petitioner,

v.

Kristi Noem, Pamela Bondi, David Easterwood, and U.S. Department of Homeland Security

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 0:26-cv-00866 LMP-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Fong V.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED;
2. The Government is ORDERED to release Fong V. from custody by no later than 5:00 p.m. CST on February 6, 2026, subject to and in accordance with the conditions in his preexisting Order of Supervision; and
3. No later than 12:00 p.m. CST on February 9, 2026, the Government is ORDERED to provide a status update affirming that Fong V. was released from custody in accordance with this Order.

Date: 2/5/2026

KATE M. FOGARTY, CLERK